IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DONTE LAMAR PARKER,** : | |
| Plaintiff : | No. 1:23-cv-00383 |
| : | |
| v. : | (Judge Kane) |
| : | |
| **CORRECTIONS OFFICER KYPER,** : | |
| **et al.,** : | |
| Defendants : | |

# ORDER

**AND NOW**, on this 30th day of September 2025, after considering Defendants' motion to dismiss this action for lack of prosecution under Federal Rule of Civil Procedure 41(b) and supporting brief (Doc. Nos. 34, 36), as well as their motion for an extension of time to file a motion for summary judgment (Doc. No. 35), and for the reasons set forth in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Defendants' motion to dismiss this action for lack of prosecution (Doc. No. 34) is **GRANTED**, and this action is **DISMISSED WITH PREJUDICE**;

2. Defendants' motion for an extension of time to file a motion for summary judgment (Doc. No. 35) is **DENIED AS MOOT**; and

3. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania